UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

FREDERICK BANKS,

          Plaintiff,

v.

ADRIAN ROE, *et al.*,

          Defendants.

CASE NO.: 3:17-CV-00445-RCJ-WGC

O R D E R

      The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 3) entered on August 2, 2017, in which the Magistrate Judge recommends the Court deny Plaintiff's IFP Application (ECF No. 1) and dismiss this action with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 3).

      IT IS HEREBY ORDERED that Plaintiff's IFP Application (ECF No. 1) is DENIED.

      IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

      IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

      IT IS SO ORDERED this 22nd day of August, 2017.

                                                      _____
                                                      ROBERT C. JONES
                                                      UNITED STATES DISTRICT JUDGE